*E-filed on*  8/16/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JOHN R. GALLEGOS and VICTORIA GALLEGOS<br><br>    Debtors.<br>_____<br><br>SANTA CRUZ COMMUNITY CREDIT UNION,<br><br>    Appellant,<br><br>v.<br><br>STATE OF CALIFORNIA FRANCHISE TAX BOARD et al.,<br><br>    Appellees. | No. C-06-07290 RMW<br><br><br><br><br>ORDER TO SHOW CAUSE |

On October 10, 2006, Santa Cruz Community Credit Union filed its notice of appeal from the bankruptcy court's order dated September 27, 2006. At approximately the same time, it filed a motion asking the bankruptcy court to reconsider the September 27, 2006 order. The bankruptcy court denied that motion on December 7, 2006. Since the appeal was assigned to this court on November 27, 2006, appellant has not filed anything in this case to perfect its appeal and failed to appear at a case management conference on March 9, 2007 or to file a status report as requested by the court. It appears appellant has abandoned its appeal, therefore,

ORDER TO SHOW CAUSE—No. C-06-07290 RMW
MAG

IT IS HEREBY ORDERED that appellant appear on September 14, 2007 at 9:00 a.m. in courtroom 6 of this court and show cause why this case should not be dismissed for failure to diligently prosecute the case. Additionally, appellant must file a written response by September 7, 2007 addressing the current status of the case and setting forth why the case should not be dismissed.

If appellant fails comply with this order or fails to show good reason for any failure to appear or diligently prosecute, the case will be dismissed.

DATED: 8/16/07

RONALD M. WHYTE
United States District Judge

**A copy of this order was sent on**     8/16/07     to:

**Counsel for Appellant:**
Amanda Nichole Ferns
Ferns, Adams & Associates
2815 Mitchell Drive
Suite 210
Walnut Creek, CA 94598
Email: aferns@fernslaw.com

**Counsel for Appellee:**

Kristian Dahl Whitten
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004
Email: kris.whitten@doj.ca.gov

**Defendants *pro se*:**

John and Victoria Gallegos
298 Moosehead Drive
Aptos, CA 95003

**USBC Manager - San Jose:**

US Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA 95113

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER TO SHOW CAUSE—No. C-06-07290 RMW
MAG      3