*E-filed on* 9/14/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JOHN R. GALLEGOS and VICTORIA GALLEGOS<br><br>  Debtors.<br>――――――――――――――――――――<br>SANTA CRUZ COMMUNITY CREDIT UNION,<br><br>  Appellant,<br><br>v.<br><br>STATE OF CALIFORNIA FRANCHISE TAX BOARD et al.,<br><br>  Appellees. | No. C-06-07290 RMW<br><br>DISMISSAL OF ACTION |

Since the above-captioned appeal was assigned to this court on November 27, 2006, appellant has not filed anything in this case to perfect its appeal and failed to appear at a case management conference on March 9, 2007 or to file a status report as requested by the court. On August 16, 2007, the court issued an order that appellant Santa Cruz Community Credit Union appear on September 14, 2007 at 9:00 a.m. to show cause why this case should not be dismissed for failure to diligently prosecute. No appearance was made by any party in this matter. Therefore,

DISMISSAL OF ACTION—No. C-06-07290 RMW
MAG

1  IT IS HEREBY ORDERED that the case above-captioned case is dismissed for failure to
2  diligently prosecute. The clerk shall close the file.

4  DATED:  9/14/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**A copy of this order was sent on        9/14/07        to:**

**Counsel for Appellant:**
Amanda Nichole Ferns
Ferns, Adams & Associates
2815 Mitchell Drive
Suite 210
Walnut Creek, CA 94598
Email: aferns@fernslaw.com

**Counsel for Appellee:**

Kristian Dahl Whitten
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004
Email: kris.whitten@doj.ca.gov

**Defendants *pro se*:**

John and Victoria Gallegos
298 Moosehead Drive
Aptos, CA 95003

**USBC Manager - San Jose:**

US Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA 95113


Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

DISMISSAL OF ACTION—No. C-06-07290 RMW
MAG                                                                3